THE PEOPLE *ex rel.* EDWARD BEADLE, Relator-Appellant, *v.* JOHN J. Twomey, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 60705;

First District (2nd Division)—April 22, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for appellee.